O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASIB SIDDIQUE, | ) Case No. CV 13-00148 DDP (CWx) |
| Plaintiff, | ) **ORDER GRANTING MOTION TO DISMISS** |
| v. | ) [Dkt. No. 11] |
| COUNTRYWIDE BANK FSB; BANK OF AMERICA, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE ESTATE, LIEN, OR INTEREST ADVERSE TO PLAINTIFF'S TITLE, | ) |
| Defendants. | ) |

Presently before the court is Defendants Bank of America NA (successor by merger to Countrywide Bank FSB) and Mortgage Electronic Registration Systems Inc.'s Motion to Dismiss. Because Plaintiff has not filed an opposition, the court GRANTS the Motion to Dismiss.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion.

Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

The hearing on Defendants' Motion was set for February 28, 2013. Plaintiff's opposition was therefore due by February 4, 2013. As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the Motion to Dismiss, and GRANTS the Motion.

IT IS SO ORDERED.

Dated: February 21, 2013

DEAN D. PREGERSON
United States District Judge