UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASIB SIDDIQUE, </br></br> Plaintiff, </br></br> v. </br></br> COUNTRYWIDE BANK FSB; BANK OF AMERICA, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, et al. </br></br> Defendants. | Case No. CV 13-00148 DDP (CWx) </br></br> ORDER GRANTING EX PARTE APPLICATION, REOPENING CASE, VACATING DISMISSAL, AND SETTING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AND REMAND </br></br> [Dkt. No. 20] |

Presently before the court is Plaintiff's Ex Parte Motion to Reopen Action Which Was Dismissed . . . . "[T]he strong policy underlying the Federal Rules of Civil Procedure favor[s] decisions on the merits." Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986). Because Plaintiff filed his Motion to Remand before the Order dismissing the case was issued, and because neither Plaintiff's Motion to Remand nor Defendants' Motion to Dismiss was decided on the merits, the court finds good cause to GRANT the Ex Parte Application, VACATE the dismissal, and REOPEN the case.

The court will consider Defendants' Motion to Dismiss (Dkt. Nos. 8 & 11) and Plaintiff's Motion to Remand (Dkt. No. 17). **Oppositions are due on April 26, 2013. Replies are due on May 10, 2013.** A hearing shall be set if the court deems it necessary. **Failure to oppose either Motion shall be deemed consent to granting the Motion.** <u>See</u> Local Rule 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.").

IT IS SO ORDERED.

Dated: April 2, 2013

DEAN D. PREGERSON
United States District Judge