O

JS - 5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HASIB SIDDIQUE, | ) | Case No. CV 13-00148 DDP (CWx) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EX PARTE |
| | ) | APPLICATION, REOPENING CASE, |
| v. | ) | VACATING DISMISSAL, AND SETTING |
| | ) | BRIEFING SCHEDULE FOR MOTIONS TO |
| COUNTRYWIDE BANK FSB; BANK | ) | DISMISS AND REMAND |
| OF AMERICA, MORTGAGE | ) | |
| ELECTRONIC REGISTRATION | ) | [Dkt. No. 20] |
| SYSTEMS, INC., ALL PERSONS | ) | |
| UNKNOWN, CLAIMING ANY LEGAL | ) | |
| OR EQUITABLE RIGHT, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Presently before the court is Plaintiff's Ex Parte Motion to Reopen Action Which Was Dismissed . . . . "[T]he strong policy underlying the Federal Rules of Civil Procedure favor[s] decisions on the merits." Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986). Because Plaintiff filed his Motion to Remand before the Order dismissing the case was issued, and because neither Plaintiff's Motion to Remand nor Defendants' Motion to Dismiss was decided on the merits, the court finds good cause to GRANT the Ex Parte Application, VACATE the dismissal, and REOPEN the case.

1    The court will consider Defendants' Motion to Dismiss (Dkt.

2  Nos. 8 & 11) and Plaintiff's Motion to Remand (Dkt. No. 17).

3  **Oppositions are due on April 26, 2013.  Replies are due on May 10,**

4  **2013.**  A hearing shall be set if the court deems it necessary.

5  **Failure to oppose either Motion shall be deemed consent to granting**

6  **the Motion.**  <u>See</u> Local Rule 7-12 ("The failure to file any required

7  document, or the failure to file it within the deadline, may be

8  deemed consent to the granting or denial of the motion.").

9

10  IT IS SO ORDERED.

11

12

13  Dated:  April 2, 2013

14                                          DEAN D. PREGERSON
                                            United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28